IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02225-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

DAVID LONG,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2015.**

    Plaintiff's Uncontested Motion to Vacate Scheduling Conference [filed February 23, 2015; docket #44] is **granted**. In light of the Notice of Voluntary Dismissal filed in this case, the Scheduling Conference currently set for April 7, 2015 is **vacated**.